IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

**RULE 26 INSTRUCTION ORDER**

In a case originally filed in this district, the parties shall confer as provided in Federal Rule of Civil Procedure 26(f) by the earlier of sixty days after any defendant has been served with the complaint or forty-five days after any defendant has appeared.  L.R. 26.1(a).[1]  In removed cases, the parties shall confer within twenty-one days from the later of the date of removal or filing of the last answer, but in no event later than forty-five days after first appearance by answer or Rule 12 motion of any defendant named in the original complaint.  L.R. 26.1(e).  In cases transferred from another district, the parties shall confer within twenty-one days of the case docketing in this district.  L.R. 26.1(f).

Within fourteen days after the Rule 26(f) conference, the parties shall complete and file the attached Rule 26(f) report. L.R. 26.1(b).  A copy of this form in fillable format can be found by following this link: https://www.gasd.uscourts.gov/sites/gasd/files/rule26f.pdf.  A party who cannot gain the cooperation of the other party in preparing the report should advise the Court prior to the filing deadline.

**SO ORDERED.**

_____
BRIAN K. EPPS
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA

---

[1] The Local Rules may be found on the Court's website at www.gasd.uscourts.gov.

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF GEORGIA

|  |  |  |
|---|---|---|
| | ) | |
| | ) | |
| Plaintiff | ) | |
| | ) | |
| v. | ) | Case No.  CV124-113 |
| | ) | |
| | ) | |
| | ) | |
| Defendant | ) | |

## RULE 26(f)  REPORT

1. Date of Rule 26(f) conference: _____

2. Parties or counsel who participated in conference:

   _____

   _____

   _____

3. If any defendant has yet to be served, please identify the defendant and state when service is expected.

   _____

4. Date the Rule 26(a)(1) disclosures were made or will be made:

   _____

5. If any party objects to making the initial disclosures required by Rule 26(a)(1) or proposes changes to the timing or form of those disclosures,

   (a) Identify the party or parties making the objection or proposal:

   _____

   _____

   (b) Specify the objection or proposal:

_____
_____
_____

6.   The Local Rules provide a 140-day period for discovery.  If any party is requesting additional time for discovery,

(a)   Identify the party or parties requesting additional time:

_____
_____
_____

(b)   State the number of months the parties are requesting for discovery:

_____

months

(c)   Identify the reason(s) for requesting additional time for discovery:

_____ Unusually large number of parties

_____ Unusually large number of claims or defenses

_____ Unusually large number of witnesses

_____  Exceptionally complex factual  issues

_____ Need for discovery outside the United States

_____ Other: _____

(d)   Please provide a brief statement in support of each of the reasons identified above:

_____
_____
_____

_____
_____
_____
_____

7.    If any party is requesting that discovery be limited to particular issues or conducted in phases, please

(a)    Identify the party or parties requesting such limits:

_____

_____

_____

(b)    State the nature of any proposed limits:

_____

_____

_____

8.    The Local Rules provide, and the Court generally imposes, the following deadlines:

| | |
|---|---|
| Last day for filing motions to add or join parties or amend pleadings | 60 days after issue is joined |
| Last day to furnish expert witness report by plaintiff | 60 days after Rule26(f) conference |
| Last day to furnish expert witness report by a defendant | 90 days after Rule 26(f) conference (or 60 days after the answer, whichever is later) |

Last day to file motions                                    30 days after close of
                                                            discovery

If any party requests a modification of any of these deadlines,

(a)     Identify the party or parties requesting the modification:

        _____

        _____

        _____

(b)     State which deadline should be modified and the reason
        supporting the request:

        _____

        _____

        _____

        _____

        _____


9.      If the case involves electronic discovery,

        (a)     State whether the parties have reached an agreement
                regarding the preservation, disclosure, or discovery of
                electronically stored information, and if the parties prefer to
                have their agreement memoralized in the scheduling order,
                briefly describe the terms of their agreement:

                _____

                _____

        (b)     Identify any issues regarding electronically stored
                information as to which the parties have been unable to
                reach an agreement:

                _____

                _____

10.   If the case is known to involve claims of privilege or protection of trial preparation material,

  (a)   State whether the parties have reached an agreement regarding the procedures for asserting claims of privilege or protection after production of either electronic or other discovery material:

  _____

  (b)   Briefly describe the terms of any agreement the parties wish to have memoralized in the scheduling order (or attach any separate proposed order which the parties are requesting the Court to enter addressing such matters):

  _____

  _____

  (c)   Identify any issues regarding claims of privilege or protection as to which the parties have been unable to reach an agreement:

  _____

  _____

  _____

11.   State any other matters the Court should include in its scheduling order:

  _____

  _____

12.   The parties certify by their signatures below that they have discussed the nature and basis of their claims and defenses and

the possibilities for prompt settlement or resolution of the case. Please state any specific problems that have created a hindrance to the settlement of the case:

_____

_____

_____

This _____ day of _____,   2017.

Signed: _____

*Attorney for Plaintiff*

_____

*Attorney for Defendant*